

**FILED**

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0450

IN THE MATTER OF THE GUARDIANSHIP
OF:

S.C.J.,

      A Protected Person

**FILED**

DEC 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until January 20, 2021, within which to file and serve Appellant's opening brief.

No further extensions will be granted.

DATED this 23 day of December, 2020.

For the Court,

_____
Justice